UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

James K. Webber
WEBBER MCGILL LLC
760 Route 10, Suite 104
Whippany, New Jersey 07981
jwebber@webbermcgill.com
(973) 739-9559
Attorneys for Defendants Saint Dominic
Academy and Guendolyn Farrales

| | |
|---|---|
| JOAN SIMON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAINT DOMINIC ACADEMY,<br>GUENDOLYN FARRALES and JOHN<br>DOES 1-3,<br><br>　　　　　Defendants. | Civil Action No.: 2:19-cv-21271-JMV-MF<br><br>Hon. John M. Vazquez, U.S.D.J.<br>Hon. Mark Falk, U.S.C.M.J.<br><br>**MOTION TO DISMISS**<br>**SECOND AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that Defendants Saint Dominic Academy and Guendolyn Farrales ("Defendants"), by their undersigned counsel, hereby move this Court for an Order dismissing with prejudice Plaintiff's Second Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6). In support of this Motion, Defendants concurrently submit a Memorandum of Law in Support of the Motion, the Certification of James K. Webber, and the Certification of Sharon M. Buge, which are hereby incorporated within this Motion by reference.

As explained in the Memorandum, this matter is a civil action concerning Plaintiff's allegations of discrimination, breach of contract, and violation of state and federal family leave laws. Plaintiff's Second Amended Complaint, however, is poorly pled, confusing, ambiguous,

and, most importantly, barred by the United States Constitution. It ought to be dismissed with prejudice at this time.

Defendants therefore respectfully request that the Court grant the Motion in its entirety.

A proposed order will be submitted contemporaneously with this request.

Defendant respectfully requests that this Motion be heard on August 2, 2021, or as soon thereafter as the Court deems appropriate.

Dated this 2nd day of July, 2021.

/s James K. Webber
James K. Webber
WEBBER MCGILL LLC
760 Route 10, Suite 104
Whippany, NJ 07981
(973) 739-9559
jwebber@webbermcgill.com

*Attorneys for Defendants*